# UNITED STATES DISTRICT COURT
for the
Eastern District of Tennessee

FILED
JUN 27 2017
Clerk, U. S. District Court
Eastern District of Tennessee
At Knoxville

In the Matter of the Search of )
*(Briefly describe the property to be searched* )
*or identify the person by name and address)* )   Case No.  3:17-MJ-2116
MARIO LAMBERT, a Black Male, with date of )
birth (DOB) of ███████, 1984, and Social )
Security Number (SSN) ███-██-4870. )

## APPLICATION FOR A SEARCH WARRANT

I, a federal law enforcement officer or an attorney for the government, request a search warrant and state under penalty of perjury that I have reason to believe that there is now concealed on the following person or property located in the ____Eastern____ District of ____Tennessee____ *(identify the person or describe property to be searched and give its location):*
MARIO LAMBERT, Black Male, DOB ███ 1984, SSN ███-██-4870.

The person or property to be searched, described above, is believed to conceal *(identify the person or describe the property to be seized)*:
namely buccal cells (cheek epithelial cells) containing the DNA of Mario Lambert, which constitute evidence of the commission of criminal offenses in violation of 18 U.S.C. § 1951 (Hobbs Act Robbery).

The basis for the search under Fed. R. Crim. P. 41(c) is *(check one or more)*:

☒ evidence of a crime;
☐ contraband, fruits of crime, or other items illegally possessed;
☐ property designed for use, intended for use, or used in committing a crime;
☐ a person to be arrested or a person who is unlawfully restrained.

The search is related to a violation of ___18___ U.S.C. § ___1951___, and the application is based on these facts:
See the Affidavit of FBI TFO K. Todd Gilreath which is attached hereto and fully incorporated herein.

☒ Continued on the attached sheet.
☐ Delayed notice of ___ days (give exact ending date if more than 30 days: _____) is requested under 18 U.S.C. § 3103a, the basis of which is set forth on the attached sheet.

_____
*Applicant's signature*

FBI TFO K. Todd Gilreath
*Printed name and title*

Sworn to before me and signed in my presence.

Date: 6/20/17

_____
*Judge's signature*

City and state: Knoxville, Tennessee       H. Bruce Guyton, United States Magistrate Judge
*Printed name and title*